JOHN J. TUCHI
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Evo A. Deconcini United States Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
angela.woolridge@usdoj.gov
Attorneys for Plaintiff

_FILED_ _LODGED
_RECEIVED_ _COPY

2009 AUG 12 P 4: 28

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR09-1733TUC JMR/JCG

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | INDICTMENT |
| Plaintiff, | Violations: |
| v. | 18 USC §924(a)(1)(A)<br>18 USC §2(a)<br>18 USC §922(a)(1)(A)<br>18 USC §924(a)(1)(D)<br>18 USC §924(d)<br>28 USC §2461(c) |
| John Geoffrey Ibarra,<br>Alex Torres Ibarra, | |
| Defendants. | (False Statement During Purchase of Firearms; Engaging in the Business of Dealing Firearms Without a License; Forfeiture) |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about August 9, 2008, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Ocongi, LLC, dba The Marksman Pistol Institute, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Ocongi, LLC, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER494067; and was not acquiring the firearm on behalf of another person; and ALEX

TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 2

On or about August 9, 2008, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Second Amendment Sports, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER492402; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 3

On or about August 13, 2008, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Diamondback Police Supply Co., Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Diamondback Police Supply Co., Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Ruger KP95 9mm pistol, serial number 316-56237; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 2

## COUNT 4

On or about August 13, 2008, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to BKM Guns, Inc., dba Murphy's Guns and Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Ruger P89 9mm pistol, serial number 303-62753; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 5

On or about August 13, 2008, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to BKM Guns, Inc., dba Murphy's Guns and Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Ruger P89 9mm pistol, serial number 303-42776; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 3

## COUNT 6

On or about August 13, 2008, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Steven Charles Tapia, dba Pima Guns, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Steven Charles Tapia, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER325370; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 7

On or about February 28, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to BKM Guns, Inc., dba Murphy's Guns and Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER508509; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 4

## COUNT 8

On or about February 28, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Ocongi, LLC, dba The Marksman II, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Ocongi, LLC, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of firearms: to wit, two Beretta 92FS 9mm pistols, serial numbers BER063482 and BER510839; and was not acquiring the firearms on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 9

On or about March 4, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Ocongi, LLC, dba The Marksman Pistol Institute, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Ocongi, LLC, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX43374; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 5

## COUNT 10

On or about March 4, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Steven Charles Tapia, dba Pima Guns, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Steven Charles Tapia, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX68440; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 11

On or about March 6, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to BKM Guns, Inc., dba Murphy's Guns and Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number P56115Z; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 6

## COUNT 12

On or about March 6, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Second Amendment Sports, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER508546; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 13

On or about March 6, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Robert Alan Leitzman, dba Tucson Guns and Western Artifacts, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Robert Alan Leitzman, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER508487; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al,** Indictment Page 7

## COUNT 14

On or about March 7, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Bear Arms, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Bear Arms, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX66476; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 15

On or about March 8, 2009, at or near Scottsdale, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to SGC, LLC, dba Scottsdale Gun Club, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of SGC, LLC, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number P57927Z; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 8

## COUNT 16

On or about March 8, 2009, at or near Phoenix, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Shooters Vault, LLC, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Shooters Vault, LLC, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of firearms: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX68797; and one Beretta 92FS 9mm pistol, serial number P56772Z; and was not acquiring the firearms on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 17

On or about March 8, 2009, at or near Mesa, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Bass Pro Outdoor World, LLC, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Bass Pro Outdoor World, LLC, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of firearms: to wit, two Beretta PX4 Storm 9mm pistols, serial numbers PX58848 and PX63412; and was not acquiring the firearms on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 9

## COUNT 18

On or about March 11, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to BKM Guns, Inc., dba Murphy's Guns and Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX43675; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 19

On or about March 11, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to BKM Guns, Inc., dba Murphy's Guns and Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX10999; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

US v. **John Geoffrey Ibarra, et al**, Indictment Page 10

## COUNT 20

On or about March 11, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Second Amendment Sports, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports, Inc., in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of a firearm: to wit, one Beretta 92FS 9mm pistol, serial number BER507972; and was not acquiring the firearm on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 21

On or about March 12, 2009, at or near Scottsdale, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, knowingly made a false statement and representation to Larry C. Davis, dba US Autoweapons, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of US Autoweapons, in that JOHN GEOFFREY IBARRA represented that he was the actual transferee/buyer of firearms: to wit, one Beretta PX4 Storm 9mm pistol, serial number PX19322; and one Beretta 92FS 9mm pistol, serial number P65503Z; and was not acquiring the firearms on behalf of another person; and ALEX TORRES IBARRA aided, abetted, counseled, commanded, induced and procured such representation; in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2(a).

## COUNT 22

From on or about August 1, 2008, to on or about March 31, 2009, at or near Tucson, in the District of Arizona, JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA, not being licensed dealers of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D).

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts 1 through 22 of this Indictment, defendants JOHN GEOFFREY IBARRA and ALEX TORRES IBARRA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in any knowing violation of the commission of an offense of Title 18, United States Code, Sections 924(a)(1)(A), 2(a), 922(a)(1)(A), and 924(a)(1)(D), including, but not limited to: thirteen Beretta 92FS 9mm pistol, serial numbers BER494067, BER492402, BER325270, BER508509, BER063482, BER510839, P56115Z, BER508546, BER508487, P57927Z, P56772Z, BER507972, and P65503Z; one Ruger KP95 9mm pistol, serial number 316-56237; two Ruger P89 9mm pistols, serial numbers 303-62753 and 303-42776; and nine Beretta PX4 Storm 9mm pistols, serial numbers PX43374, PX68440, PX66476, PX68797, PX58848, PX63412, PX43675, PX10999, and PX19322.

If any of the property described above, as a result of any act or omission of the defendants: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States,

US v. **John Geoffrey Ibarra, et al**, Indictment Page 12

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above-described forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a) of the Federal Rules of Criminal Procedure.



JOHN J. TUCHI
United States Attorney
District of Arizona

AUG 1 2 2009

*Angela W. Woolf*

Assistant U.S. Attorney



REDACTED FOR
PUBLIC DISCLOSURE

US v. **John Geoffrey Ibarra, et al**, Indictment Page 13